UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE PEPSI BOTTLING GROUP,

        Plaintiff(s),

  v.

DONALD THOMAS, PROGRESSIVE
CASUALTY INSURANCE COMPANY, et al.,

        Defendant(s).

NO. C10-54MJP

ORDER ON MOTION FOR
  MANDATORY SETTLEMENT
  CONFERENCE

The Court, having received and reviewed the Joint Motion for the Court to Order a Mandatory Settlement Conference with the Magistrate Under Rule 39.1 (Dkt. No. 24), makes the following findings:

    1.    The motion contains no specific (or insufficient) facts to establish good cause for providing a magistrate judge for a no-cost settlement and/or
    2.    The motion provides no suitable explanation as to previous efforts to settle and why those have been unsuccessful.

Therefore, IT IS ORDERED that the request to assign a magistrate judge for settlement conference is DENIED without prejudice to bring a renewed motion which cures the defects noted above.

The clerk is directed to send copies of this order to all counsel of record.

Dated:   May 18, 2010

*/s/ Marsha J. Pechman*
Marsha J. Pechman
U.S. District Judge

ORD ON MTN FOR
MAND SETT CONF - 1