UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PEPSI BOTTLING GROUP, INC.,

        Plaintiff(s),

  v.

DONALD THOMAS, et al.,

        Defendant(s).

NO. C10-54MJP

ORDER ON PLAINTIFF'S EMERGENCY MOTION

The above-entitled Court, having received and reviewed

1. Plaintiff's Emergency Motion to Enjoin the King County Superior Court from Making Findings (Dkt. No. 35)
2. Defendant Thomas' Response to Plaintiff's Emergency Motion to Enjoin the King County Superior Court from Making Findings (Dkt. No. 37)
3. Plaintiff's Reply to Defendant Thomas' Response to Plaintiff's Emergency Motion to Enjoin the King County Superior Court from Making Findings (Dkt. No. 40)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion is STRICKEN. Emergency motions (or any motions to shorten time) have been abolished in the Western District of Washington. See Local Rule CR 6(e).

The clerk is ordered to provide copies of this order to all counsel.

Dated: June _16_, 2010

_____
Marsha J. Pechman
U.S. District Judge

**ORDER ON MOTION - 1**