# United States District Court

WESTERN DISTRICT OF WASHINGTON

THE PEPSI BOTTLING GROUP, INC.,

    v.

DONALD THOMAS, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-54MJP

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Defendant's motion for summary judgment is GRANTED, and the above-entitled matter is DISMISSED with prejudice.

    July 1, 2010                                        BRUCE RIFKIN
                                                                                      Clerk

                                                        __/s/ Mary Duett_____
                                                               By, Deputy Clerk